IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLEMENTE VARELA<br>(Dallas Cnty. Jail Bookin No. 20000105),<br><br>Plaintiff,<br><br>V.<br><br>LEW STERRETT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  No. 3:20-cv-647-N<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27th day of May, 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE